B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Ohio | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CMHA/TCB Laurel Homes I Limited Partnership** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**34-1936467** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1202 Linn Street**<br>**Cincinnati, OH**<br>ZIP Code **45203** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hamilton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**C/O The Community Builders**<br>**Attention: D. Morgan Wilson**<br>**95 Berkeley Street, Suite 500**<br>**Boston, MA**<br>ZIP Code **02116** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **West End of Cincinnati**<br>**Cincinnati, OH 45214** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>■ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>**Limited Partnership** | ☐ Health Care Business<br>■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CMHA/TCB Laurel Homes I Limited Partnership** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **CMHA/TCB Laurel Homes V Limited Partnership** | Case Number: | Date Filed: **3/31/11** |
| District: **S.D. Ohio (Western Division)** | Relationship: **Affiliate** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ <br> Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CMHA/TCB Laurel Homes I Limited Partnership** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ Charles M. Meyer**
Signature of Attorney for Debtor(s)

**Charles M. Meyer 0019331**
Printed Name of Attorney for Debtor(s)

**Santen & Hughes**
Firm Name

**600 Vine Street**
**Suite 2700**
**Cincinnati, OH 45202-2409**
Address

**513-721-4450  Fax: 513-721-0109**
Telephone Number

**March 31, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Karen E. Kelleher**
Signature of Authorized Individual

**Karen E. Kelleher**
Printed Name of Authorized Individual

**Authorized Agent**
Title of Authorized Individual

**March 31, 2011**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Ohio

In re   **CMHA/TCB Laurel Homes I Limited Partnership**         Case No.
                                    Debtor(s)                    Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A & V Contractors, LLC<br>232 Huron Avenue<br>Dayton, OH 45417 | A & V Contractors, LLC<br>232 Huron Avenue<br>Dayton, OH 45417 | | Disputed | 2,023.50 |
| Charles Brown<br>dba Charlie's Carpet Service<br>4874 Reading Road<br>Cincinnati, OH 45237 | Charles Brown<br>dba Charlie's Carpet Service<br>4874 Reading Road<br>Cincinnati, OH 45237 | | Disputed | 1,514.95 |
| Cincinnati Color Company<br>1027 Dalton Avenue<br>Cincinnati, OH 45203 | Cincinnati Color Company<br>1027 Dalton Avenue<br>Cincinnati, OH 45203 | | Disputed | 620.53 |
| Cincy Carpets Unlimited, Inc.<br>10270 Spartan Drive<br>Cincinnati, OH 45215 | Cincy Carpets Unlimited, Inc.<br>10270 Spartan Drive<br>Cincinnati, OH 45215 | | Disputed | 1,713.20 |
| Cort Furniture Rental<br>Cort Business Services<br>P. O. Box 17401<br>Baltimore, MD 21297-1401 | Cort Furniture Rental<br>Cort Business Services<br>P. O. Box 17401<br>Baltimore, MD 21297-1401 | | Disputed | 198.21 |
| DMG Contractors<br>3055 Blue Rock Road<br>Cincinnati, OH 45239 | DMG Contractors<br>3055 Blue Rock Road<br>Cincinnati, OH 45239 | | Disputed | 1,600.00 |
| Duke Energy<br>P. O. Box 9001076<br>Louisville, KY 40290-1076 | Duke Energy<br>P. O. Box 9001076<br>Louisville, KY 40290-1076 | Trade debt | Disputed | 741.26 |
| Express Services, Inc.<br>8516 NE Expressway<br>Oklahoma City, OK 73162 | Express Services, Inc.<br>8516 NE Expressway<br>Oklahoma City, OK 73162 | | Disputed | 2,542.88 |
| HD Supply Facilities Maintaince, LDT<br>P. O. Box 509058<br>San Diego, CA 92150-9058 | HD Supply Facilities Maintaince, LDT<br>P. O. Box 509058<br>San Diego, CA 92150-9058 | | Disputed | 1,769.44 |
| Ken Neyer Plumbing, Inc.<br>4895 State Road 128<br>Cleves, OH 45002 | Ken Neyer Plumbing, Inc.<br>4895 State Road 128<br>Cleves, OH 45002 | | Disputed | 1,335.00 |
| Queen City Med Mart<br>10870 Reading Road<br>Cincinnati, OH 45241 | Queen City Med Mart<br>10870 Reading Road<br>Cincinnati, OH 45241 | | Disputed | 217.21 |

B4 (Official Form 4) (12/07) - Cont.

In re **CMHA/TCB Laurel Homes I Limited Partnership**             Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Rumpke** P. O. Box 538708 Cincinnati, OH 45253 | **Rumpke** P. O. Box 538708 Cincinnati, OH 45253 | | **Disputed** | **150.33** |
| **Stanley Doss** 1429 Jones Street, Apt. B Cincinnati, OH 45214 | **Stanley Doss** 1429 Jones Street, Apt. B Cincinnati, OH 45214 | | **Disputed** | **246.00** |
| **Staples Credit Plan** P. O. Box 689020 Des Moines, IA 50368-9020 | **Staples Credit Plan** P. O. Box 689020 Des Moines, IA 50368-9020 | | **Disputed** | **628.84** |
| **Superior Janitor Supply, Inc.** 6240 Wiehe Road Cincinnati, OH 45237 | **Superior Janitor Supply, Inc.** 6240 Wiehe Road Cincinnati, OH 45237 | | **Disputed** | **365.33** |
| **Teasdale Fenton Carpet Cleaner & Restoration, LLC** 188 Bell Tower Circle Batavia, OH 45103 | **Teasdale Fenton Carpet Cleaner & Restoration, LLC** 188 Bell Tower Circle Batavia, OH 45103 | | **Disputed** | **215.12** |
| **Terminix International** 4455 Salzman Road Middletown, OH 45044 | **Terminix International** 4455 Salzman Road Middletown, OH 45044 | | **Disputed** | **335.48** |
| **The Community Builders, Inc.** 95 Berkeley Street Boston, MA 02116 | **The Community Builders, Inc.** 95 Berkeley Street Boston, MA 02116 | | **Disputed** | **53,561.07** |
| **THE COMMUNITY BUILDERS, INC.** 95 Berkeley Street Boston, MA 02116 | **THE COMMUNITY BUILDERS, INC.** 95 Berkeley Street Boston, MA 02116 | | **Disputed** | **48,603.49** |
| **Viva Group, Inc.** **dba Rent Inc.** 2425 Olympic Blvd., Suite 400E Santa Monica, CA 90404 | **Viva Group, Inc.** **dba Rent Inc.** 2425 Olympic Blvd., Suite 400E Santa Monica, CA 90404 | | **Disputed** | **861.79** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Agent of the Limited Partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **March 31, 2011**             Signature **/s/ Karen E. Kelleher**
                                              **Karen E. Kelleher**
                                              **Authorized Agent**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Ohio

In re  **CMHA/TCB Laurel Homes I Limited Partnership**　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter　**11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ **30,000.00** |
    | Prior to the filing of this statement I have received | $ **30,000.00** |
    | Balance Due | $ **0.00** |

2. $ **1,039.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ☐ Debtor　　　■ Other (specify):　**The Community Builders Inc.**

4. The source of compensation to be paid to me is:

    ☐ Debtor　　　■ Other (specify):　**The Community Builders, Inc.**

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Any contested matters or adversary proceedings.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:　**March 31, 2011**　　　　　　　　　　**/s/ Charles M. Meyer**
　　　　　　　　　　　　　　　　　　　　　　**Charles M. Meyer**
　　　　　　　　　　　　　　　　　　　　　　**Santen & Hughes**
　　　　　　　　　　　　　　　　　　　　　　**600 Vine Street**
　　　　　　　　　　　　　　　　　　　　　　**Suite 2700**
　　　　　　　　　　　　　　　　　　　　　　**Cincinnati, OH 45202-2409**
　　　　　　　　　　　　　　　　　　　　　　**513-721-4450  Fax: 513-721-0109**

---

A & V Contractors, LLC
232 Huron Avenue
Dayton, OH 45417

All-Gone Termite & Pest Control Inc.
9037 Sutton Place
Hamilton, OH 45011

B&B Window & Door, LLC
1475 Devils Backbone Road
Cincinnati, OH 45233

Baron James Osterman


Brett Thomas


Call Source


Charles Brown
dba Charlie's Carpet Service
4874 Reading Road
Cincinnati, OH 45237

Christopher M. Vogelpohl


Cincinnati Color Company
1027 Dalton Avenue
Cincinnati, OH 45203

Cincinnati Development Fund
1100 Walnut Street
Cincinnati, OH 45202

Cincinnati Metropolitan Housing Auth.
16 West Central Parkway
Cincinnati, OH 45202

Cincy Carpets Unlimited, Inc.
10270 Spartan Drive
Cincinnati, OH 45215

Cintas Corporation - Ohio
5570 Ridge Road
Cincinnati, OH 45213

CORE Communications, LLC

```
Cort Furniture Rental
Cort Business Services
P. O. Box 17401
Baltimore, MD 21297-1401

DMG Contractors
3055 Blue Rock Road
Cincinnati, OH 45239

Donald R. Meece


Donald Ruberg


Donnellon McCarthy, Inc.
11461 Northlake Drive
Cincinnati, OH 45249

Doppes, J.B. Sons Lumber Company


Duke Energy
P. O. Box 9001076
Louisville, KY 40290-1076

Ellis Management Services, Inc.


Ellis, Partners in Mystery Shopping


Enquirer Media


Express Services, Inc.
8516 NE Expressway
Oklahoma City, OK 73162

Grainger Industrial Supply
939 W. Eighth Street
Cincinnati, OH 45202

HD Supply Facilities Maintaince, LDT
P. O. Box 509058
San Diego, CA 92150-9058

Jason Ader


Ken Neyer Plumbing, Inc.
4895 State Road 128
Cleves, OH 45002
```

Larrys Lock Safe & Sec. Ctr., Inc.
8055 Plainfield Road
Cincinnati, OH 45236

Mark Bode

Ohio Housing Finance Agency
57 East Main Street
Columbus, OH 43215

Overhead Door Company
2571 Ritchie Avenue
Cincinnati, OH 45208

Peachtree Business Products

Queen City Med Mart
10870 Reading Road
Cincinnati, OH 45241

Ricoh Americas Group

Royal Finish Inc.
2140 Schappelle Lane
Cincinnati, OH 45240

Rumpke
P. O. Box 538708
Cincinnati, OH 45253

Sharon Bolling

Stanley Doss
1429 Jones Street, Apt. B
Cincinnati, OH 45214

Staples Credit Plan
P. O. Box 689020
Des Moines, IA 50368-9020

Superior Janitor Supply, Inc.
6240 Wiehe Road
Cincinnati, OH 45237

Teasdale Fenton Carpet
Cleaner & Restoration, LLC
188 Bell Tower Circle
Batavia, OH 45103

```
Terminix International
4455 Salzman Road
Middletown, OH 45044

The Community Builders, Inc.
95 Berkeley Street
Boston, MA 02116

Timothy M. Grieshop-Petty Cash


U.S. Affordable Housing Community Invest
C/O Federal Housing Finance Agency
1700 G Street, NW - 4th Floor
Washington, DC 20552

United Advertising Publications Inc.


Viva Group, Inc.
dba Rent Inc.
2425 Olympic Blvd., Suite 400E
Santa Monica, CA 90404
```