# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **CMHA-TCB LAUREL HOMES I** | : | Chapter 11 |
| **LIMITED PARTNERSHIP** | : | Case No. 11-11953 |
| | : | Judge Burton Perlman |
| Debtor. | : | |
| | : | |
| | : | |
| | : | Chapter 11 |
| **CMHA-TCB LAUREL HOMES V** | : | Case No. 11-11966 |
| **LIMITED PARTNERSHIP** | : | Judge Burton Perlman |
| | : | |
| Debtor. | : | |

## DEBTORS' MOTION FOR ORDER TO USE THEIR CASH COLLATERAL

Now come the Debtors CMHA-TCB Laurel Homes I Limited Partnership ("Laurel Homes I") and CMHA-TCB Laurel Homes V Limited Partnership ("Laurel Homes V") (collectively "Debtors"), and move this Court, pursuant to 11 U.S.C. § 363, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-2, to enter an Order authorizing them to use their cash collateral to pay certain necessary expenses related to their ongoing business operations. In support of this Motion, Debtors state as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

2. Debtors filed Voluntary Petitions under Chapter 11 of the Bankruptcy Code ("**Petition**") on March 31, 2011 ("**Petition Date**").

3. Debtors are operating their businesses and managing their affairs as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No creditors' committee, trustee or examiner has been appointed in either of the Chapter 11 Cases.

4. Laurel Homes I and Laurel Homes V own and operate phases of the City West Housing Development located in the West End of Cincinnati.

5. The Laurel Homes I and Laurel Homes V phases of the City West Housing Development, together with all other phases of the City West Housing Development, are managed by The Community Builders, Inc. ("TCB").

6. All eight phases of the City West Housing Development receive services and goods from outside vendors. These services and goods include without limitation utilities, security, apartment refurbishing, landscaping, janitorial services, repairs and maintenance, plumbing, pest control, locksmith and similar goods and services required to keep all eight phases of the City West Housing Development maintained and operating.

7. Cincinnati Development Fund ("CDF") made a construction/term loan to Laurel Homes V pursuant to a construction/term loan agreement dated September 20, 2006 and was the holder of a promissory note from Laurel Homes V executed on September 20, 2006 in an amount not to exceed $2,763,000.00 evidencing Laurel Homes V's indebtedness for a loan made to Laurel Homes I ("Laurel V Note"). A copy of the Laurel V Note is attached hereto as **Exhibit A**.

8. CDF transferred the Laurel V Note to PNC Bank, N.A. ("PNC"), as trustee, pursuant to an assignment of mortgage, assignment of rents and leases, and other loan documents (collectively, "Laurel V Assignment") dated September 20, 2006. A copy of the Laurel V assignment is attached hereto as **Exhibit B**.

9. The Laurel V Note is secured by an open-end leasehold mortgage, security agreement, assignment of rents and leases, and assignment of mortgage ("Laurel V Mortgage")

dated September 20, 2006. A copy of the first page of the Laurel V Mortgage is attached hereto as **Exhibit C.**

10. Pursuant to the Laurel V Mortgage, PNC took a first position mortgage interest in the Laurel Homes I and Laurel Homes V phases of the City West Housing Development and a security interest in rents derived therefrom.

11. The current outstanding principal balance owed to PNC is $2,735,038.35, plus interest. To the best of Laurel Home V's knowledge and belief, PNC, pursuant to the Laurel V Mortgage, has a first and best lien and security interest in Debtors' property and the rents derived therefrom. Laurel Homes V reasonably believes that the Laurel Homes V phase of the City West Housing Development, its business operations situated thereon, and personal property have a combined fair market value of at least $3,180,000.

12. CDF made a construction/term loan to Laurel Homes I pursuant to a construction/term loan agreement dated October 24, 2002 and was the holder of a promissory note from Laurel Homes I executed on October 24, 2002, in an amount not to exceed $3,127,000.00 evidencing Laurel Homes I's indebtedness for a loan made to Laurel Homes I ("Laurel I Note"). A copy of the Laurel I Note is attached hereto as **Exhibit D**.

13. CDF transferred the Laurel I Note to The Provident Bank ("Provident"), as trustee, pursuant to an assignment of mortgage, assignment of rents and leases, and other loan documents (collectively, "Laurel I Assignment") dated October 24, 2002. A copy of the Laurel I Assignment is attached hereto as **Exhibit E**.

14. PNC is the successor-in-interest to Provident pursuant to Provident's merger with National City Bank ("NCB") and PNC's subsequent merger with NCB.

15. The Laurel I Note is secured by an open-end leasehold mortgage, security agreement, assignment of rents and leases, and assignment of mortgage ("Laurel I Mortgage") dated October 24, 2002. A copy of the first page of the Laurel I Mortgage is attached hereto as **Exhibit F**.

16. Pursuant to the Laurel I Mortgage, PNC took a first position mortgage interest in the Laurel Homes I phase of the City West Housing Development and a security interest in rents derived therefrom.

17. The current outstanding principal balance owed to PNC is $2,455,379.80, plus interest. To the best of Laurel Home I's knowledge and belief, PNC, pursuant to the Laurel I Mortgage, has a first and best lien and security interest in Laurel Homes I's property and the rents derived therefrom. Laurel Homes I reasonably believes that the Laurel Homes I phase of the City West Housing Development, its business operations situated thereon, and personal property have a combined fair market value of at least $4,440,000.

18. Debtors need to use their cash, deposit accounts, accounts receivable, inventory, equipment, rents and business income ("Cash Collateral") to continue their business operations in their ordinary course until the completion of their plan. The Debtors' projected income from the Petition Date through 2012 is expected to be sufficient to pay the anticipated expenses of the Debtors' business operations, as set forth in the budgets attached hereto as **Exhibit G** and **H**. Those budgets include a $3,852.00 monthly payment to PNC on the Laurel V Note, and an $8,817.00 monthly payment to PNC on the Laurel I Note.

19. Debtors have no source of operating capital other than through the use of their Cash Collateral. An immediate need exists for Debtors to use their Cash Collateral in order to continue the operation of their businesses. The Debtors will be immediately and irreparably

harmed within the meaning of Bankruptcy Rule 4001(b)(2) if they cannot utilize their Cash Collateral. Without such funds, Debtors will not be able to pay their operating expenses, jeopardizing the welfare of the tenants they serve as well as the completion of the remaining phases of the City West Housing Development. As a result, absent the use of Cash Collateral, the Debtors will be forced to terminate their business operations.

20. In consideration of Debtors' ability to use their Cash Collateral to pay their ordinary and necessary operating expenses, Debtors propose to provide PNC with adequate protection as follows: (i) maintain their business operations and assets at current levels; (ii) make monthly payments to PNC on an ongoing basis as described in **Exhibits G** and **H**; and (iii) agree to the granting of replacement liens and security interest in all pre-petition collateral, as well as rents acquired on or after the Petition Date. Debtors submit that the interests of PNC will be adequately protected, and that their use of Cash Collateral is essential to maintain their ongoing business operations and their ongoing concern value.

**WHEREFORE**, Debtors request that this Court enter an order authorizing Debtors to use their Cash Collateral on and after the Petition Date to pay their ordinary and necessary business expenses as set forth in **Exhibits G** and **H**, and granting PNC adequate protection as set forth herein.

Dated: <u>April 6, 2011</u>                                   Respectfully submitted,


                                                              <u>/s/Charles M. Meyer</u>
                                                              Charles M. Meyer (0019133)
                                                              Deepak K. Desai   (0061260)
                                                              Santen & Hughes
                                                              600 Vine Street, Suite 2700
                                                              Cincinnati, OH  45202
                                                              (513) 852-5986
                                                              (513) 721-7377 (fax)
                                                              cmm@santen-hughes.com
                                                              dkd@santen-hughes.com
                                                              *Proposed Attorneys for Debtors*


**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2011, a copy of the foregoing Debtors' Motion for Expedited Hearing and Authorizing Limited Notice for Various First Day Motions was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

U.S. Trustee

and on the following by **ordinary U.S. Mail** addressed to:

See attached Master Service List.

                                                              <u>/s/ Charles M. Meyer, Esq.</u>
                                                              Charles M. Meyer, Esq.

# MASTER SERVICE LIST
# FOR
# LAUREL HOMES I & LAUREL HOMES V

| | |
|---|---|
| A&V Contactors, LLC<br>232 Huron Avenue<br>Dayton, Ohio 45417 | All-Gone Termite & Pest Control, Inc.<br>9037 Sutton Place<br>Hamilton, Ohio 45011 |
| B&B Window & Door, LLC<br>6417 Taylor Road<br>Cincinnati, Ohio 45248 | Baron James Osterman<br>310 Ezzard Charles Drive<br>Cincinnati, Ohio 45214 |
| Brett Thomas<br>3567 Edwards Road, #3<br>Cincinnati, Ohio 45204 | Call Source<br>P. O. Box 60280<br>Los Angeles, CA 90060-0280 |
| Charles Brown<br>dba Charlie's Carpet Service<br>4874 Reading Road<br>Cincinnati, Ohio 45237 | Christopher M. Vogelpohl<br>312 Ezzard Charles Drive<br>Cincinnati, Ohio 45214 |
| Cincinnati Bell<br>P. O. Box 748003<br>Cincinnati, Ohio 45274-8003 | Cincinnati Color Company<br>1027 Dalton Avenue<br>Cincinnati, Ohio 45203 |
| Cincinnati Development Fund<br>1100 Walnut Street<br>Cincinnati, Ohio 45202 | Cincinnati Metropolitan Housing Authority<br>16 West Central Parkway<br>Cincinnati, Ohio 45202 |
| Cincy Carpets Unlimited, Inc.<br>10270 Spartan Drive<br>Cincinnati, Ohio 45215 | Cintas Corporation – Ohio<br>P. O. Box 630803<br>Cincinnati, Ohio 45263-0803 |
| CORE Communications, LLC<br>P. O. Box 531<br>Suffield, CT 06078 | Cort Furniture Rental<br>Cort Business Services<br>P. O. Box 17401<br>Baltimore, MD 21297-1401 |
| DMG Contractors<br>3055 Blue Rock Road<br>Cincinnati, Ohio 45239 | Donald R. Meece<br>5083 Colerain Avenue<br>Cincinnati, Ohio 45224 |
| Donald Ruberg<br>151 Palisades Pt. #6<br>Cincinnati, Ohio 45238 | Donnellon McCorthy, Inc.<br>P. O. Box 932332<br>Cleveland, Ohio 44193 |
| Doppes, J.B. Sons Lumber Company<br>1001 Dalton Avenue<br>Cincinnati, Ohio 45203 | Duke Energy<br>P. O. Box 9001076<br>Louisville, KY 40290-1076 |
| Ellis Management Services, Inc.<br>4324 N. Beltine Road, #C105<br>Irving, TX 75038 | Ellis, Partners in Mystery Shopping<br>4324 N. Beltine Road, #C105<br>Irving, TX 75038 |
| Enquirer Media<br>312 Elm Street<br>Cincinnati, Ohio 45202 | Express Services, Inc.<br>8516 NE Expressway<br>Oklahoma City, OK 73162 |

| | |
|---|---|
| Grainger Industrial Supply<br>Dept. 088-855809521<br>Palatine, IL 60038 | HD Supply Facilities Maintaince, LDT<br>P. O. Box 509058<br>San Diego, CA 92150-9058 |
| Jason Ader<br>705 Miami Avenue<br>Terrace Park, OH 45174 | Ken Neyer Plumbing, Inc.<br>4895 State Road 128<br>Cleves, Ohio 45002 |
| Larrys Lock Safe & Sec. Ctr., Inc.<br>8055 Plainfield Road<br>Cincinnati, Ohio 45236 | Mark Bode<br>310 Ezzard Charles Drive<br>Cincinnati, Ohio 45214 |
| Ohio Housing Finance Agency<br>57 E. Main Street<br>Columbus, Ohio 43215 | Overhead Door Company<br>Greater Cincinnati, Inc.<br>P. O. Box 8187<br>West Chester, Ohio 45069-8187 |
| Peachtree Business Products<br>P. O. Box 13290<br>Atlanta, Georgia 30324 | Rice Electrical Sales, Inc.<br>2611 Kemper Lane<br>Cincinnati, Ohio 45206 |
| Ricoh Americas Group<br>P. O. Box 73210<br>Chicago, IL 60673-7210 | Royal Finish, Inc.<br>12225 Greenville Avenue, Suite 700<br>Dallas, Texas 75243 |
| Rumpke<br>P. O. Box 538708<br>Cincinnati, Ohio 45243 | Sharon Bolling<br>3246 Rocker Drive<br>Cincinnati, Ohio 45239 |
| Stanley Doss<br>1429 Jones Street, Apt. B<br>Cincinnati, Ohio 45214 | Staples Credit Plan<br>P. O. Box 689020<br>Des Moines, Iowa 50368-9020 |
| Superior Janitor Supply, Inc.<br>6240 Wiehe Road<br>Cincinnati, Ohio 45237 | TCB – Prepaid Payroll<br>95 Berkeley Street<br>Boston, MA 02116 |
| Teasdale Fenton Carpet<br>Cleaner & Restoration, LLC<br>188 Bell Tower Circle<br>Batavia, Ohio 45103 | Terminix International<br>4455 Salzman Road<br>Middletown, Ohio 45044 |
| The Community Builders, Inc.<br>95 Berkeley Street<br>Boston, MA 02116 | Timothy M. Grieshop-Petty Cash<br>City West<br>1201 Linn Street<br>Cincinnati, Ohio 45203 |
| U.S. Affordable Housing Community Invest<br>c/o Federal Housing Finance Agency<br>1700 G. Street, NW – 4th Floor<br>Washington, DC 20552 | United Advertising Publications, Inc.<br>dba For Rent Magazine<br>75 Remittance Drive, #1705<br>Chicago, IL 60674-1705 |

| | |
|---|---|
| Viva Group, Inc.<br>dba Rent, Inc.<br>2425 Olympic Blvd., Suite 400E<br>Santa Monica, CA 90404 | PNC Bank, N.A., as Trustee<br>c/o H. Toby Schisler, Esq.<br>Sarah Sparks Herron, Esq.<br>Dinsmore & Shohl, LLP<br>1900 Chemed Center<br>255 E. Fifth Street<br>Cincinnati, Ohio 45202 |
| Ohio Housing Finance Agency<br>c/o Donn D. Rosenblum, Esq.<br>Assistant Attorney General<br>150 E. Gay Street, 21st Floor<br>Columbus, Ohio 43215 | Cincinnati Metropolitan Housing Authority<br>c/o Jeffrey P. McSherry, Esq.<br>Andrew M. Shott<br>Brickler & Eckler LLP<br>9277 Centre Pointe Drive, Suite 100<br>West Chester, Ohio 45069 |
| National Equity Fund Assignment Corporation<br>c/o David A. Eberly, Esq.<br>Eberly McMahon LLC<br>2321 Kemper Lane, Suite 100<br>Cincinnati, Ohio 45206 | Wachovia Affordable Housing Community Development Corporation<br>c/o Maura L. Hughes, Esq.<br>Gabrielle T. Kelly, Esq.<br>Calfee, Halter & Griswold LLP<br>1400 KeyBank Center<br>800 Superior Avenue<br>Cleveland, Ohio 44114 |
| City of Cincinnati<br>c/o Robert Weiser, Esq.<br>Assistant City Solicitor<br>Room 215, 801 Plum Street<br>Cincinnati, Ohio 45202 | |